No. 11–7851. McKINLEY v. THALER, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7852. WATSON v. THALER, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION. C. A. 5th Cir. Certiorari denied.

No. 11–7853. WATSON v. KELLEY FLEET SERVICES, LLC.
C. A. 11th Cir. Certiorari denied.

No. 11–7855. BLYTHE v. TEXAS. Ct. Crim. App. Tex. Certio-
rari denied.

No. 11–7858. MARCELUS v. KILMER, SUPERINTENDENT, ORE-
GON STATE CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certio-
rari denied.

No. 11–7863. RODRIGUEZ v. CALIFORNIA. Ct. App. Cal., 4th
App. Dist., Div. 3. Certiorari denied.

No. 11–7865. DAWES-LLOYD v. PUBLISH AMERICA. C. A. 3d
Cir. Certiorari denied.

No. 11–7867. THOMAS v. CALIFORNIA. Sup. Ct. Cal. Certio-
rari denied.

No. 11–7868. HILL v. HILL. Ct. App. Ind. Certiorari denied.

No. 11–7869. FOWLER v. ILLINOIS. App. Ct. Ill., 1st Dist.
Certiorari denied.

No. 11–7875. FLORES v. TEXAS. Ct. Crim. App. Tex. Certio-
rari denied.

No. 11–7876. GLASER v. COLORADO. Ct. App. Colo. Certio-
rari denied.

No. 11–7880. WHITE v. NEVADA. Sup. Ct. Nev. Certiorari
denied.

No. 11–7881. VIG v. SEELIGER, JUDGE, SUPERIOR COURT OF
GEORGIA, STONE MOUNTAIN JUDICIAL CIRCUIT. Sup. Ct. Ga.
Certiorari denied.